Mac M. Smith
Jack G. Connors
DONEY CROWLEY P.C.
Diamond Block, Suite 200
44 West 6th Avenue
P.O. Box 1185
Helena, MT 59624-1185
Telephone: (406) 443-2211
Facsimile: (406) 449-8443
Email: msmith@doneylaw.com
　　　　jconnors@doneylaw.com
State Bar ID No.: 11966
State Bar ID No.: 13504

*Attorneys for Creditor Don Akin*

### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

| MICHAEL T. BANNING,<br><br>Debtor. | Case No.: 18-60489-BPH<br><br>**NOTICE OF APPEARANCE** |
|---|---|

PLEASE TAKE NOTICE that Mac M. Smith and Jack G. Connors of Doney Crowley, P.C. are appearing in this case as counsel for Creditor Don Akin. All future documents, notices, and pleadings should be served on counsel for Creditor Don Akin at the contact information noted above.

DATED this 6th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　DONEY CROWLEY P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Mac M. Smith*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mac M. Smith
　　　　　　　　　　　　　　　　　　　　Jack G. Connors
　　　　　　　　　　　　　　　　　　　　*Attorneys for Creditor Don Akin*